IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KAREN CAMESI, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | Civil Action No. 09-85J |
| | ) | |
| v. | ) | Magistrate Judge Bissoon |
| | ) | |
| UNIVERSITY OF PITTSBURGH MEDICAL CENTER, *et al.*, | ) ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

In a text Order dated November 17, 2009, the Court advised that, if the parties did not file a stipulation agreeing on a mediator, the Court would appoint one for them. *See id.* The parties have not reached agreement, but instead have submitted letters stating their respective positions on this issue.

The Court believes that Hunter Hughes, Esq., would be best suited to mediate this case, in light of his background, expertise and his similar service in <u>Taylor v. Pittsburgh Mercy Health System, Inc.</u>, Civil Action No. 09-377 (W.D. Pa.) (Bissoon, M.J., presiding). Given Defendants' concerns regarding the costs associated with utilizing Mr. Hughes's services, however, the Court will appoint a local mediator, Donald E. Ziegler, Esq. Mediation costs shall be split evenly between the parties, with 50% to be paid by Defendants and 50% to be paid by Plaintiffs.

IT IS SO ORDERED.


November 20, 2009                                                s/Cathy Bissoon
                                                                                Cathy Bissoon
                                                                                United States Magistrate Judge

cc (via email):

All Counsel of Record