# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KAREN CAMESI, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | Civil Action No. 09-85J |
| | ) | |
| v. | ) | Magistrate Judge Bissoon |
| | ) | |
| UNIVERSITY OF PITTSBURGH MEDICAL CENTER, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

Attached as Appendix 1 hereto is Plaintiffs' facsimile letter dated June 4, 2010, which the Court construes as a Motion to Compel. Defendants' response in opposition, faxed June 8, 2010, is attached as Appendix 2.

Consistent with the Order dated May 24, 2010 (Doc. 382),[1] Plaintiffs' Motion to Compel is **DENIED**.

IT IS SO ORDERED.


June 9, 2010                                    s\Cathy Bissoon
                                                Cathy Bissoon
                                                United States Magistrate Judge

cc (via email):

All Counsel of Record

---

[1] *See id.* at 22-23 *and* n.13 (rejecting Plaintiffs' assertion that Defendants should be required to accept questionnaires and depositions obtained outside discovery process, as agreed upon by parties and approved by Court; "[collective action] members who appear ready, willing and eager to participate in discovery have not necessarily reflected a representative sample").