IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KAREN CAMESI, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | Civil Action No. 09-85J |
| | ) | |
| v. | ) | Magistrate Judge Bissoon |
| | ) | |
| UNIVERSITY OF PITTSBURGH | ) | |
| MEDICAL CENTER, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

For the reasons stated in Defendants' Motion to Dismiss certain putative collective action members (**Doc. 385**), and given Plaintiffs' lack of response thereto,[1] Defendants' Motion hereby is **GRANTED**.

Consistent with the analyses stated in the Order dated May 24, 2010 (Doc. 382), regarding putative collective action members who have not responded to Plaintiffs' counsel's reasonable efforts to secure their cooperation in discovery (*see id.* at 21), the following individuals are **DISMISSED WITH PREJUDICE**:

---

[1] *See* text-Order dated Jul. 1, 2010 (establishing Plaintiffs' response date as July 12, 2010).

| | | |
|---|---|---|
| Norma B. Andzelik | Desiree Q. Jackson | Lisa D. Pentek |
| Cassandra Blose-Hannah | Brandi Johnson | Holly Platt |
| Natalie Cooley | Micah Kennedy | Renee Renner |
| Robyn Davis | Carol Kenny | Ellen Rose |
| Paula DeFranco | Pamela Kiefer-Rudolph | Cara Scholtz |
| Kimberly Ann Freno | Mary E. Lauterbach | Dawn Schrader |
| Sonya Green | Linda Lerza | Mary Sciranko |
| Mary M Halechko | Richard J. Malsch | Calvin Walker |
| David J. Harrison | Gaylene Massart | Tracie Washington |
| Diane Healey | Morgan Merchant | Lawrence J. Welch |
| Ramona Holmes | Zalika Moore | Denise Wilson |
| Mary Hussey | Regina Obey | |

IT IS SO ORDERED.

July 15, 2010                                   s\Cathy Bissoon
                                                Cathy Bissoon
                                                United States Magistrate Judge

cc (via ECF email notification):

All Counsel of Record