IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KAREN CAMESI, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | Civil Action No. 09-85J |
| | ) | |
| v. | ) | Magistrate Judge Bissoon |
| | ) | |
| UNIVERSITY OF PITTSBURGH MEDICAL CENTER, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Defendants have filed a Motion for Summary Judgment regarding 326 of the opt-in Plaintiffs ("opt-ins"). *See* Defs.' Am. Mot. for Summ. J. (Doc. 408).[1] For the reasons stated in the Order filed today in <u>Taylor v. Pittsburgh Mercy Health System, Inc.</u>, Civil Action No. 09-377 (W.D. Pa.),[2] which is incorporated by reference herein, Defendants' Amended Motion for Summary Judgment (**Doc. 408**) is **GRANTED IN PART** and **DENIED IN PART**. Summary judgment is denied regarding the 96 opt-ins who have submitted affidavits in opposition to Defendants' Motion:

---

[1] Although Defendants purport to seek summary judgment regarding 339 opt-ins, Plaintiffs' and the Court's calculations place the number at 326. Defendants' proposed order (Doc. 408-4) contains not five duplicate names, as indicated in Defendants' Reply Brief (Doc. 414), but eighteen. At the risk of stating the obvious, movants should know the number of plaintiffs regarding which they seek summary judgment. This problem easily could have been avoided by entering the opt-ins' names into a computerized spreadsheet and sorting them, as the Court had to do to resolve the discrepancy.

[2] *See* Doc. 207 in Civil Action No. 09-377.

| | | |
|---|---|---|
| Ando, Barbara | Holfelder, Lorraine M. | Parsons, Linda A. |
| Badamo, JoAnn Bernice | Hutchinson, Carol | Philips, Marie |
| Barnett, Bernita Gloria | Jackson, Steven J. | Pollard, Louise |
| Berry, Cathy | Jackson, Tracy | Relihan, Timothy |
| Billick, Darlene | Jones, Tondaliere W. | Ricketts, Timothy J. |
| Binder, Leslie | Kania, Rita M. | Riley, Diane |
| Blasko, Joyce | Kelly, Mara | Robinson, George |
| Bolz, Linda | Kirkwood, Clea | Romaniello, Judith Taylor |
| Bonner, Jazzmin | Kolonay, Barbara A. | Sanders, Marilyn |
| Boyd, Michele | Krebs, Luanne Mary | Saylor, Terri Lea |
| Buzzell, Kimberly | Kunselman, Tawnya | Schwartz, Carol |
| Calcek, Nadine | Lanasa, Susan | Sciubba, Dada S. |
| Campbell, Joyce | Lang, Diana J. | Seiling, Darlene |
| Cole, Lynn M. | Large, Laurie J. | Semian, Thomas J. |
| Cook, Regina | Len, Carolyn L. | Silberman, Linda Joan |
| Cordero, Margaret | Lind, Kathleen | Silvagni, Susan |
| Crock, Tamara | Long, Terra | Slifkey, Mellisa M. |
| DeFrancesco, RuthAnn | Mahone, Rosemarie | Smith, Jo-Ann |
| Denucci, Brandon | Malloy, Joyce | Speicher, Renada |
| Donaldson, Barbara J. | Marsico, Mary Lynn | Spencer, Galen |
| Doughtery, Rosalie A. | Martin, Charles R. | Spohn, Marilyn |
| Dyer, Earlene R. | Marziale, Renee M. | Springel, Jaime |
| Dyer, Judith A. | Maxin, Michelle Diana | Stang, Christina |
| Evasovich, Denise | Mazon, Audrey J. | Streiner, Michele A. |
| Fair, Susan | McGee, Carla | Switalski, Elizabeth A. |
| Field, Najet K. | Mead, Maria Lynn | Trautman, Arleen |
| Fowler, Janet M. | Mermon, Amy | Trew, Neil |
| Gorny, Francis | Morris, Shirley | Trussell, Georgia Ann |
| Hamilton, Kenneth R. | Mostyn, Stacy | Tyler, Tanya M. |
| Harr, Sandra | Myers, Irma J. | Weigand, Patricia J. |
| Harris, Jeanne E. | Neiman, Reva L. | Wells, Keir M. |
| Henry, Lance | Oddis, Kelly | Wilson, Susan E. |

Summary judgment is granted regarding the 230 opt-ins who did not file affidavits:

| | | |
|---|---|---|
| Adamson-Deulin, Victoria | Artim, Sheila | Bertok, Dorothy E. |
| Aiken, Jane | Baird, Gary | Beyers, Stephen |
| Aker, Patricia L. | Baluch, Marjorie | Birmingham, Maureen |
| Alfred, Sam | Bandalo, John | Black, Jannifer |
| Altman, Penny | Barlow, Diane G. | Borcik, Shelly |
| Amrhein, David B. | Bartoli, Amy | Brettschneider, Lynda |
| Anderson, Kevin H. | BaseIj, John | Bretz Cresta, Jennifer |
| Andzelik, Norma B. | Bauer, Marie J. | Brewton, Marlena |
| Antonucci, Stacey Lynn | Bell, Sheila | Brink, Rita |
| Appelt, Chad E. | Bercik, Marcia L | Britton, Violet |

Brooks, Mona
Brophy, Charlotte
Brown, Alexandria
Brunner, Bonnie
Bubonovich, Brittany
Burns McFadden, Donna
Buszinski, Dawn
Bynoe, Lisa
Campbell, Steven
Carr, Deborah
Cavlovich, Doris J.
Ceberio-Lanese, Mary
Cecere, Camille B.
Chapman, Dreama
Clark, Sueanne
Conover, Noelle C.
Conti, Theresa C.
Conwell, Jennifer R.
Costa, Theresa
Cox, Mary
Damer, Sharon A.
Davenport, Aleica
Dean, Shanda
Deiley, Mary Sue
Delucia, Susan
Dephillips, Laura
Derdock, Antoinette L.
DiFrancesco, Rita
D'Orazio, Linda Lee
Druga, Christine
Eger, Nancy L.
Eisner, Gertrude Ellen
Eleam, Marlon
Emanuelson, Kathleen
Fannie, Nancy
Finnerty-Folan, Maureen
Fiumara, Carla Rose
Flohr, Jareen Margaret
Fox, Patricia
Franciscus, Margaret
Fuga, Lynn
Fuller III, Ralph Wesley
Fussenegger, Diane K.
Garcia, Robin
Gasparik, Cynthia
Gemeinhart, Richard R.

Gladis, Mary Beth
Glenn, John F.
Gonot, Douglas
Gorman, Marlene M.
Gratton, Patricia A.
Gray, Andrea
Greenawalt, Barbara
Gretz, Susan W
Griffin, Elaine
Haff, George B.
Hamrock, Mary F.
Hanna, Mark
Hartle, Tara
Hartz, David
Hastings, Leslie
Healey, Diana
Henze, Heather Jean
Hofius, Cynthia Kay
Homer, Marcia C.
Hopkins, Kimberly Duke
Hubert, Joshua
Hudson, Samantha Lee
Jack, Lynn A.
Jendrasik, Jennifer L.
Johnson, Amber
Johnston, Don
Jones, Tricia Ann
Jones-Harshaw, Annie M.
Kaib, Cynthia
Karabetsos, Kimberly
Karscig, Mary
Kasey, Nancy
Kennedy, Judi A.
Khoujmal, Christine
Kilinski, Bethany
King, Ann Patricia
King, Dolores
King, Mary Colleen
Klonowski, Carolyn
Knights, Veronica Lois
Koziarski, Jeffrey S.
Kubatka, Mia
Kysor, Anita
Layhew, Richard
Leonard, Kathleen A.
Lester, Denise

Lewis, Carrol L.
Lis, Darrell G.
Lista, Lauren
Livingston, Lorraine
Lorson, Christine
Lovelace, William
Lundberg, Mary
Mack, Barbara
Madden, Beverly
Magdic, Rosemary
Maletta, Michaelle
Malinowski, Carleen A.
Manley, Tamara
Marchionna, Jane
Martone, Lucianna
Matthews, Judith
Mayger, Carolyn
Mayher, Debra Stock
Mazza, Kelly
McCalla, Evelyn J.
McCracken, Ashleen
McGee, Alice L
McKinnis, Susan Carole
Metz, Erin
Michalski, Hyacinth P.
Milchick, Mary E.
Mitch-Resignalo, Ann E.
Montgomery, Dana Yvette
Moye, Bertha Lee
Murray, William J.
Myrgo, Candace J.
Nauer, Kevin L.
Nixon, Jill
Noel, Aimee L.
Nutter, Margaret A.
O'Connor, Jennifer F.
O'Donnell, Colleen S.
O'Hare, Diane J.
Olabopo, Bola F
Oross, Lisa A.
Owens, George
Owens, Lesley Susan
Page, Margaret Ann
Peelor, Martha C.
Perry, Carole Ann
Pivirotto, Veronica

| | | |
|---|---|---|
| Prince, Janet | Shuck, Dean | Valenti, Katherine |
| Rao, Joanne G. | Smith, Ann R. | Vandevort, Suzanne |
| Reimond, Barbara A. | Smith, Sharon L. | Vensak, Judith L. |
| Rittle Jr, Charles H. | Sofranko, Payge Craven | Wachter, Janet Kay |
| Roberts, Kimberly | Spooner, Suzanne M. | Wagner, Karen Eileen |
| Robinson, Pamela L. | Spore, Bridget | Walker, Steven |
| Rocco, Darla J. | Spurbeck, Cynthia | Webb, Tiffany |
| Roolf, Jean A. | Starr, Allan | Weinroth, Kathleen |
| Rudzinski, Catherine | Stephenson, Amber L. | Wesche, Jacqueline A. |
| Ruffalo, Patricia A. | Strachan, Tracy Dawn | Whelan, Suzanne Marie |
| Rush, Ashley | Suber, Sherry A. | Whitaker, Shanda N. |
| Russen, Jennifer | Sukenik, Catherine | White, MaryAnnWhite, Tracey Huguley |
| Sair, Deborah L. | Suter, Charlene A. | |
| Salafranca, Jennifer L. | Swierczewski, Kristin Jean | Wiggins, Britt |
| Samuels, Nicole | Tallon, Patrick | Williams, Constance E. |
| Scanga, Thomas P. | Taylor, Patricia | Wisilosky, Lisa |
| Schaaf, Donna | Thomas, Theresa | Young, Laura Loretta |
| Schaaf, Rachel | Thompson, Regina | Young, Michael R. |
| Schmitt, Erin | Travers-Barney, Bonnie | Yuhaniak, Susan |
| Schuster, Jill | Tucker, Sandra J. | Zembrzuski, Melanie |
| Schwer, William | Turner, Andrea Lee | |

Summary judgment is granted regarding the FLSA and RICO claims asserted by these opt-ins.[3] In addition, Plaintiffs' Motion (**Doc. 419**) to strike Defendants' Reply Brief and Affirmations, or to sur-reply, is **DENIED AS MOOT**.

IT IS SO ORDERED.

October 15, 2010          s\Cathy Bissoon
         Cathy Bissoon
         United States Magistrate Judge

cc (via ECF e-mail notification):

All Counsel of Record

---

[3] Defendants assert, and Plaintiffs do not dispute, that a grant of summary judgment regarding the opt-ins' FLSA claims warrants a grant of summary judgment on their RICO claims as well. *Compare* Defs.' Br. (Doc. 392) at 1 *with* Pls.' Opp'n Br. (Doc. 409) (failing to address Defendants' argument regarding RICO).