UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KAREN CAMESI, ET AL.,<br><br>           *Plaintiffs*,<br><br>v.<br><br>UNIVERSITY OF PITTSBURGH MEDICAL CENTER, ET AL.,<br><br>           *Defendants.* | Civil Action No. 09-CV-85J<br><br>Magistrate Judge<br>Cathy Bissoon<br><br>TO BE ELECTRONICALLY FILED |

**PLAINTIFFS' UNOPPOSED MOTION FOR VOLUNTARY DISMISSAL WITH PREJUDICE FOR PURPOSES OF APPEAL**

  Through the undersigned counsel, plaintiffs hereby move the Court for voluntary dismissal of their claims with prejudice in order to secure a final judgment for purposes of appeal. In support of this motion, plaintiffs state as follows:

  1. Plaintiffs intend to seek appellate review of the court's previous orders including the Court's December 20, 2011 order decertifying the collective action, and for that purpose plaintiffs seek dismissal of their claims with prejudice in order to obtain a final appealable judgment that will confer appellate jurisdiction over previously non-appealable orders. *See, e.g., Zied v. Astrue*, No. 06-2305, 2010 WL 2804879, at *3 (M.D. Pa. July 15, 2010) (granting motion for voluntary dismissal of the plaintiff's remaining claims in order to permit an appeal of previously non-appealable orders). Plaintiffs therefore move for voluntary dismissal of their claims with prejudice pursuant to Rule 41(a)(2).

2. Rule 41(a)(2) provides that unless the parties stipulate to dismissal, "an action may be dismissed at the plaintiff's request only by a court order, on terms that the court considers proper."

3. Defendants have indicated that they "will not oppose plaintiffs' dismissal, but believe that should be done by motion," rather than by stipulation. *See* **Ex. A** (e-mail correspondence from John J. Myers to J. Nelson Thomas, dated January 13, 2012).

WHEREFORE, plaintiffs respectfully request dismissal with prejudice of all their claims for the purpose of pursuing an appeal.

Dated January 27, 2012

**THOMAS & SOLOMON LLP**

By: s/ Jared K. Cook
J. Nelson Thomas, Esq.
PA#209852
Justin M. Cordello, Esq.
PA#209838
Patrick J. Solomon, Esq. *(pro hac vice)*
NY#2716660
Michael J. Lingle, Esq. *(pro hac vice)*
NY#3925765
Jared K. Cook, Esq. *(pro hac vice)*
NY#4779997
   *Class Counsel*
693 East Avenue
Rochester, New York 14607
Telephone: (585) 272-0540
Facsimile: (585)272-0574
nthomas@theemploymentattorneys.com
jcordello@theemploymentattorneys.com
psolomon@theemploymentattorneys.com
mlingle@theemploymentattorneys.com
jcook@theemploymentattorneys.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 27, 2012, a copy of plaintiffs' Unopposed Motion for Voluntary Dismissal with Prejudice for Purposes of Appeal, along with all exhibits and a proposed order, were filed electronically and served by mail on anyone unable to accept electronic filing. Notice of these filings will be sent by email to all parties as addressed below, by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

John J. Myers, Esq.
Mariah L. Klinefelter, Esq.
Andrew T. Quesnelle, Esq.
Mark A. Willard, Esq.
Eckert Seamans Cherin & Mellott, LLC
U.S. Steel Tower, 44th Floor
600 Grant Street
Pittsburgh, PA 15219

/s/ Jared. K. Cook
**Jared K. Cook**