UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT
April 19, 2013

Nos. <u>12-1446 & 12-1903</u>

KAREN CAMESI, et al.
        Appellants 12-1446
v.
UNIVERSITY OF PITTSBURGH MEDICAL CENTER, et al.
(W.D. Pa. No. 3-09-cv-00085)
_____

ANDREW KUZNYETSOV, et al.
        Appellants at 12-1903
v.
WEST PENN ALLEGHENY HEALTH SYSTEM, INC, et al.
(W.D. Pa. No. 2-10-cv-00948)

Present:   RENDELL, AMBRO, and VANASKIE, <u>Circuit Judges</u>

1. Joint Motion by Appellants at Nos. 12-1446 & 12-1903 for Extension of Time to File Court Requested Supplemental Joint Reply Brief from April 19, 2013 to May 8, 2013; and

2. Second Motion by Appellants at Nos. 12-1446 & 12-1903 for Extension of time to File Court Requested Supplemental Joint Reply Brief until May 8, 2013.

           Respectfully,
           Clerk/pdb for slc

_____ORDER_____
The foregoing motion is granted.

           By the Court,

           /s/Marjorie O. Rendell
           Circuit Judge

Dated:  May 14, 2013

tmm/cc: Alexandra Bak-Boychuk Esq.
Robert B. Cottington Esq.
David S. Fryman Esq.
William K. Kennedy II Esq.
John B. Langel Esq.
John J. Myers Esq.
J. Nelson Thomas Esq.