UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

---

Nos. 12-1446 and 12-1903

---

KAREN CAMESI; ERIN O'CONNELL;
LORI SHAFFER; DINAH BAKER,
on behalf of themselves and all other employees
similarly situated,

Appellants in Case No. 12-1446

v.

UNIVERSITY OF PITTSBURGH MEDICAL CENTER; UPMC; UPMC HEALTH SYSTEM; UPMC BEDFORD MEMORIAL HOSPITAL; UPMC BRADDOCK; UPMC MCKEESPORT; UPMC NORTHWEST; UPMC PASSAVANT; UPMC PRESBYTERIAN; UPMC PRESBYTERIAN SHADYSIDE; UPMC SHADYSIDE; UPMC SOUTHSIDE; UPMC ST. MARGARET;
MAGEE WOMEN'S HOSPITAL OF UPMC; MERCY HOSPITAL OF PITTSBURGH; MONTEFIORE HOSPITAL; MONTEFIORE UNIVERSITY HOSPITAL; WESTERN PSYCHIATRIC INSTITUTE AND CLINIC; CHILDREN'S HOSPITAL OF PITTSBURGH OF THE UPMC HEALTH SYSTEM; UPMC LEE; UPMC HORIZON; UPMC HOLDING COMPANY, INC.;
UPMC HEALTH NETWORK, INC.; JEFFREY A. RAMOFF; GREGORY PEASLEE; UPMC 401A RETIREMENT SAVINGS PLAN; UPMC 403B RETIREMENT SAVINGS PLAN; UPMC BASIC RETIREMENT PLAN


ANDREW KUZNYETSOV; CHARLES BOAL; MARTHANN HEILMAN,

Appellants in Case No. 12-1903

v.

WEST PENN ALLEGHENY HEALTH SYSTEM, INC; THE WESTERN PENNSYLVANIA HEALTHCARE SYSTEM, INC.; ALLE-KISKI MEDICAL CENTER; ALLEGHENY GENERAL HOSPITAL;

ALLEGHENY GENERAL HOSPITAL-SUBURBAN CAMPUS; CANONSBURG GENERAL HOSPITAL; THE WESTERN PENNSYLVANIA HOSPITAL; CHRISTOPHER T. OLIVIA; JOHN LASKY; RETIREMENT PLAN FOR EMPLOYEES OF WEST PENN ALLEGHENY HEALTH SYSTEM; ALLE-KISKI MEDICAL ASSOCIATES; ALLE-KISKI WOMEN'S HEALTH; ALLEGHENY MEDICAL PRACTICE NETWORK; ALLEGHENY SINGER RESEARCH INSTITUTE; ALLEGHENY SPECIALTY PRACTICE NETWORK; ALLEGHENY VALLEY INTERNAL MEDICINE; ASSOCIATED SURGEONS OF WESTERN PENNSYLVANIA; ASSOCIATED SURGEONS OF WESTERN PENNSYLVANIA P.C.; BARRY SEGAL, MD; BELLEVUE MEDICAL ASSOCIATES; BELLEVUE PEDIATRIC ASSOCIATES; BURN CARE ASSOCIATES, LTD.; BURRELL INTERNAL MEDICINE; CABOT MEDICAL CENTER; CANONSBURG COMMUNITY HEALTHCARE CENTER; CENTER FOR FAMILY HEALTH CARE; CENTURY MEDICAL ASSOCIATES; CENTURY III MEDICAL ASSOCIATES; CITIZENS SCHOOL OF NURSING; CORKERY, HEISE, DAINESI & TRAPANOTTO; CRAFTON MEDICAL CENTER; CREIGHTON MEDICAL CENTER; DR. FRANCIS J. CAVANAUGH, MD; DR. MEHERNOSH KHAN; EAST END MEDICAL ASSOCIATES; EAST SUBURBAN FAMILY PRACTICE; EAST SUBURBAN OB/GYN; FAMILY NURSE MIDWIVES; FERLAN GROUP; FRIENDSHIP MEDICAL ASSOCIATES; FORBES HOSPICE; FUGE FAMILY PRACTICE; GREEN TREE MEDICAL CENTER ASSOCIATES; HAMPTON MEDICAL CENTER; HEALTH CENTER ASSOCIATES; HUSSAINI MEDICAL ASSOCIATES; IRWIN MEDICAL CENTER; IRWIN PRIMARY CARE ASSCOCIATES; MAMATASTRAGOOR KHAN PRIMARY CARE ASSOCIATES; MCDONALD PRIMARY CARE; MEADOWLANDS PRIMARY CARE; MEDICAL CENTER CLINIC, P.C.; META-HILBERG HEMATOLOGY ONCOLOGY ASSOCIATES, INC.;
MONROEVILLE MEDICAL ASSOCIATES; M.H.V. MURTHY, MD; NATRONA HEIGHTS OB/GYN, INC.; NORTH VERSAILLES MEDICAL ASSOCIATES; PAUL REILLY, MD; PEDIATRIC & NEONATAL ASSOCIATES; PEDIATRIC & NEONATAL ASSOCIATES, INC.; PENN HILLS MEDICAL ASSOCIATES; PENNSYLVANIA COMPREHENSIVE CARE ASSOCIATES; PINE HOLLOW MEDICAL ASSOCIATES; PINE RICHLAND MEDICAL ASSOCIATES; PITTSBURGH CARDIO THORACIC ASSOCIATES; PITTSBURGH CARDIOTHORACIC ACCOCIATES; PLUM MEDICAL ASSOCIATES; PRIMARY CARE NORTHSIDE; PRIMAMRY CARE SOUTH; RIAD SARADAR, MD; ROBERT BARAFF, MD; FRANK E. SESSOMSM.D., INC; STERLING MEDICAL ASSOCIATES; THREE RIVERS IMAGING ASSOCIATES, P.C.; TRI COUNTY CARDIOLOGY; TRI COUNTY CARDIOLOGY, INC.; UNITED PHYSICIANS; VASCULAR CENTER OF WESTERN PENNSYLVANIA, INC.; WATERDAM MEDICAL ASSOCIATES; WEST PENN ALLEGHENY EYE ASSOCIATES, P.C.; WEST PENN ALLEGHENY FOUNDATION, LLC; WEST PENN ALLEGHENY HEALTH SYSTEM, INC. (CORP);

WEST PENN ALLEGHENY HEALTH SYSTEM, INC. (NON PROFIT CORP); WEST PENN ALLEGHENY HEALTH SYSTEM PRIMARY CARE NETWORK; WEST PENN ALLEGHENY ONCOLOGY NETWORK; WEST PENN ALLEGHENY PHYSICIANS, LLC; WEST PENN ALLEGHENY SENIOR CARE; WEST PENN BREAST SURGERY PRACTICE; WEST PENN COMPREHENSIVE HEALTH CARE, P.C.; WEST PENN CORPORATE MEDICAL SERVICES, INC.; WEST PENN FAMILY PRACTICE; WEST PENN INTERNAL MEDICINE ASSOCIATES; WEST PENN PHYSICIANS' ORGANIZATION; WEST PENN PHYSICIAN PRACTICE NETWORK; WEST PENN PLASTIC & RECONSTRUCTIVE SURGERY; WEST PENN PLASTIC SURGERY; WEST PENN SURGICAL SUPPLY CO.; WEST PENN SPECIALTY MSO, INC.; WEST VIEW FAMILY HEALTH ASSOCIATES; THE WESTERN PENNSYLVANIA BURN FOUNDATION; WESTERN PENNSYLVANIA CANCER INSTITUTE; THE WESTERN PENNSYLVANIA CARDIOVASCULAR INSTITUTE; WESTERN PENNSYLVANIA DIAGNOSTIC CLINIC; WESTERN PENNSYLVANIA HEART PLAN INC.; THE WESTERN PENNSYLVANIA HOSPITAL FOUNDATION;THE WESTERN PENNSYLVANIA HOSPITAL-FORBES REGIONAL CAMPUS; THE WESTERN PENNSYLVANIA HOSPITAL SCHOOL OF NURSING; THE WESTERN PENNSYLVANIA HOSPITAL SKILLED NURSING FACILITY; WESTERN PENNSYLVANIA OB/GYN ASSOCIATES; THE WESTERN PENNSYLVANIA RESEARCH INSTITUTE; WEXFORD MEDICAL PRACTICE; WEXFORD WEIGHT LOSS

---

Appeal from the United States District Court
for the Western District of Pennsylvania
(District Court Nos. 3-09-cv-00085 and 2-10-cv-00948)
District Judges: Honorable Cathy Bisson and Honorable Donetta W. Ambrose

---

Argued March 6, 2013

Before:  RENDELL, AMBRO and VANASKIE, Circuit Judges

**JUDGMENT**

These cases came to be heard on the record from the United States District Court for the Western District of Pennsylvania and were argued on March 6, 2013.

On consideration whereof, it is now here

**ORDERED and ADJUDGED** by this Court that these appeals are dismissed for lack of jurisdiction. Costs taxed against Appellants.

All of the above in accordance with the Opinion of this Court.

ATTEST:

/s/ Marcia M. Waldron

Dated:	September 4, 2013