IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KAREN CAMESI, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | Civil Action No. 09-85J |
| | ) | |
| v. | ) | Judge Cathy Bissoon |
| | ) | |
| UNIVERSITY OF PITTSBURGH | ) | |
| MEDICAL CENTER, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## JUDGMENT ORDER

Consistent with the Order (Doc. 549) filed contemporaneously herewith,

FINAL JUDGMENT, as relates to the Bill of Costs, hereby is entered pursuant to Rule 58 of the Federal Rules of Civil Procedure.

IT IS SO ORDERED.


December 18, 2017                                                   s\Cathy Bissoon
                                                                    Cathy Bissoon
                                                                    United States District Judge


cc (via ECF email notification):

All Counsel of Record