**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| KAREN CAMESI, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) Civil Action No. 09-85J |
| | ) |
| v. | ) Judge Cathy Bissoon |
| | ) |
| UNIVERSITY OF PITTSBURGH MEDICAL CENTER, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## ORDER

Defendants' Motion (Doc. 554, as corrected at **Doc. 555**) to compel compliance with their subpoena in aid of execution is **GRANTED**, consistent with the instructions below. Defendants seek production of "[t]he engagement letters, fee agreements and all supplements and amendments thereto between Thomas & Solomon, LLP and the named [P]laintiffs in this case"; and "all indemnification agreements or documents discussing indemnification relating to the payment of costs or expenses of this lawsuit." *Id.* Plaintiffs' objections based on the pendency-of-appeal are moot. Their relevancy-objection is overruled. *See* White v. Sundstrand Corp., 256 F.3d 580, 585-87 (7th Cir. 2001) ("[e]ntrepreneurial attorneys [may] supply risk-bearing services in class actions," including their "agree[ment] to bear the risk of a costs award"). Plaintiffs' objection that they were not afforded reasonable and appropriate notice is overruled, as the instant Order will provide them additional time. Finally, the Court agrees with Plaintiffs' suggestion that a confidentiality agreement/order is appropriate. Thus, by **March 8, 2019**, the parties shall file either a joint-motion for adoption of a stipulated protective-order; or

both sides shall file their own proposed orders, and the Court will adopt the one that it finds most reasonable and appropriate under the circumstances.

Once the confidentiality-order is in place, Plaintiffs will have seven (7) calendar days to comply with Defendants' subpoena.

IT IS SO ORDERED.


February 25, 2019                                       s\Cathy Bissoon
                                                        Cathy Bissoon
                                                        United States District Judge

cc (via ECF email notification):

All Counsel of Record