IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH DIVISION

| | |
|---|---|
| KAREN CAMESI, *et al.*,<br><br>            Plaintiffs,<br><br>v.<br><br>UNIVERSITY OF PITTSBURGH MEDICAL CENTER, *et al.*,<br><br>            Defendants. | Case No. 3:09-CV-085<br><br>Honorable Cathy Bissoon |

**APPLICATION FOR ABSTRACT OF JUDGMENT**

TO:    Joshua C. Lewis, Clerk of Courts

Defendant UPMC hereby requests that the attached Abstract of Judgment be executed,

sealed and filed on the docket of this Court.

Respectfully submitted,


_____s/John J.Myers_____
John J. Myers
PA I.D. No. 23596
jmyers@eckertseamans.com
ECKERT SEAMANS CHERIN & MELLOTT, LLC
44th Floor, 600 Grant Street
Pittsburgh, PA  15219
412-566-5900

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH DIVISION

KAREN CAMESI, *et al.*,

                    Plaintiffs,

v.

UNIVERSITY OF PITTSBURGH MEDICAL
CENTER, *et al.*,

                    Defendants.

Case No. 3:09-CV-085

Honorable Cathy Bissoon

## ABSTRACT OF JUDGMENT

Debtors' Names/Addresses:

    Karen Camesi
    1851 Patricia Drive
    South Park, PA 15129

    Erin O'Connell
    1109 Haslage Street
    Pittsburgh, PA 15212

    Lori Shaffer-McClain
    26 North Braddock Heights, Apt. B
    North Braddock, PA 15104

    Dinah Baker
    708 Johnston Ave.
    Pittsburgh PA 15207

    Creditor's Name:    UPMC

    Date of Judgment:    December 18, 2017

    Principal Amount:    $317,572.40

    Interest from August 1, 2014 until paid

I, Joshua C. Lewis, Clerk of the United States District court for the Western

District of Pennsylvania do hereby certify that the foregoing is a true and correct abstract

of judgment in the case above set forth, and that said judgment remains in full force and

effect as appears from the records in my office.

GIVEN under my hand and seal of this court at Pittsburgh, Pennsylvania this ___

day of _____, 2019.

JOSHUA C. LEWIS


_____

Clerk of Courts